AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEVIN DEMETRIUS HOWARD,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-069

THE UNITED STATES OF AMERICA, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated May 15, 2023, the Federal Defendants' motion to dismiss is granted. Therefore, Plaintiff's claims are dismissed without prejudice, and this civil action stands closed.



May 15, 2023 / Date

John E. Triplett, Clerk of Court / Clerk

*Candy Cobell* (signature)
(By) Deputy Clerk

GAS Rev 10/2020